UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Honorable Patty Shwartz** | **U.S. Post Office & Courthouse Bldg.** |
| **United States Magistrate Judge** | **Federal Square, Newark, NJ 07101** |
| | **(973) 645-6596** |

November 26, 2007

Joseph P. LaSala
William F. O'Connor, Jr.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075

Maria A. Savio
Gottlieb Rackman & Reisman
270 Madison Avenue
New York, New York 10016

Thomas R. Curtin
Kathleen M. Fennelly
Graham, Curtin & Sheridan, PC
4 Headquarters Plaza
P.O. Box 1991
Morristown, New Jersey 07952-1991

**LETTER ORDER**

     **RE:**    NET2PHONE, INC. v. EBAY
                Civil Action No. 06-2469(KSH)

Dear Counsel:

       There shall be a telephone conference scheduled for **November 29, 2007 at 11:00 a.m.** Plaintiff shall initiate the telephone call. Kindly mark your calendars accordingly.

**SO ORDERED.**

                                          s/Patty Shwartz
                                          **United States Magistrate Judge**